IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE OF AMERICA, ET AL,<br><br>Defendants. | 1:07-cv-01129-AWI-GSA<br><br>**ORDER MOVING ALL PENDING MOTIONS TO DECEMBER 17, 2007** |

Having considered the STIPULATION AND REQUEST FOR ORDER TO CONSOLIDATE HEARINGS, the record contained herein, and good cause being shown, the Court hereby GRANTS the request in the interest of judicial economy.

**IT IS ORDERED THAT** the Motion for Judgement, currently set for December 3, 2007, and the motion to dismiss, currently set for December 10, 2007, SHALL be heard on December 17, 2007, at 1:30 p.m., along with the motion to strike.   Counsel for the government may appear by telephone, but shall confer with the Clerk of the Court as to the correct number to call to reach the courtroom.

IT IS SO ORDERED.

Dated:   November 28, 2007           /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE