IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES, et al.,<br><br>　　　　Defendants. | CIV F-07-1129 AWI GSA<br><br>ORDER VACATING HEARING DATE OF DECEMBER 17, 2007 AND TAKING MATTER UNDER SUBMISSION |

　　A hearing on three noticed motions has been scheduled for December 17, 2007. Defendant United States has filed a motion to dismiss for lack of jurisdiction. Doc. 39. Plaintiffs have filed a motion for judgment against certain defendants pursuant to Fed. R. Civ. Proc. 54. Doc. 37. Plaintiffs have also filed a motion to strike Defendant United States's answer. Doc. 40. All motions are opposed. The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 17, 2007, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　December 12, 2007**　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE