| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | |
| 3 | G. PATRICK JENNINGS<br>ERIN B. ASHWELL |
| 4 | Trial Attorney, Tax Division<br>U.S. Department of Justice |
| 5 | P.O. Box 683<br>Ben Franklin Station |
| 6 | Washington, D.C. 20044-0683<br>Telephone: (202) 307-6648 |
| 7 | Telephone: (202) 307-6432 |

LODGED

MAR 3 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED

MAR 3 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8  Attorneys for the United States of America

9  IN THE UNITED STATES DISTRICT COURT FOR THE

10  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | 1:07-CV-1129 AWI GSA<br><br>PROPOSED ORDER ALLOWING FILING EX PARTE AND **UNDER SEAL** |

Good cause appearing therefore, IT IS HEREBY ORDERED THAT the Declaration of Michele Casarez submitted in support of the United States' Motion to Stay Proceedings is to be filed *ex parte* and maintained under seal until further order of the Court. Neither the respondent nor the Clerk shall provide copies of the Casarez Declaration to the Plaintiffs.

IT IS SO ORDERED.

DATED: 3-31-08

_____
Anthony W. Ishii, United States District Judge

1 | Presented by:

2 | McGREGOR W. SCOTT
United States Attorney

3 |

/s/-Erin B. Ashwell
4 | G. PATRICK JENNINGS
ERIN B. ASHWELL
5 | Trial Attorney, Tax Division
U.S. Department of Justice
6 | Post Office Box 683
Ben Franklin Station
7 | Washington, D.C. 20044
Telephone: (202) 307-6648
8 | Telephone: (202) 307-6432