McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
ERIN B. ASHWELL
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6432

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE OF AMERICA, ET AL.,<br><br>Defendants. | 1:07-cv-1129 AWI GSA<br><br>**ORDER** |

This matter having come before the Court for a telephonic hearing on the United States' Motion for Protective Order, Dkt. #76, on April 22, 2008 at 10:30 a.m., and having reviewed the parties' submissions:

IT IS HEREBY ORDERED THAT the United States shall not be required to respond to the document request submitted by Plaintiff Michael Ioane on March 21, 2008 until twenty (20) days after such time that the Court denies the United States' Motion for Stay, should the Court deny that Motion;

IT IS FURTHER ORDERED that neither party shall respond to any other discovery request until such time as the Court issues its ruling on the United States' Motion for Stay.   If the Court denies the

1  United States' Motion for Stay, the deadline to respond to any discovery requests will begin to run the
2  day the Court issues its ruling.
3  **IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   **April 25, 2008**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE

-2-