IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>          Plaintiffs,<br><br>  v.<br><br>UNITED STATES, et al.,<br><br>          Defendants. | CIV F-07-1129 AWI GSA<br><br>ORDER VACATING HEARING DATE OF MAY 5, 2008 AND TAKING MATTER UNDER SUBMISSION |

      A hearing on three noticed motions has been scheduled for May 5, 2008. Defendant United States has filed a motion to stay the case for six months. Doc. 70. Plaintiffs have filed an opposition. Doc. 75. Defendant has filed a reply. Doc. 79. The court has reviewed the papers and has determined that the motions are suitable for decision without further oral argument. See Local Rule 78-230(h).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 5, 2008, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **May 1, 2008**                    /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE