IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | CIV F-07-1129 AWI GSA<br><br>ORDER VACATING HEARING DATE OF AUGUST 30, 2010 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiffs have made a motion to hold Defendant United States in contempt for violation of the court's September 25, 2007 Order. Doc. 113. Defendant has filed an opposition and Plaintiffs have filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 30, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 25, 2010

                                     CHIEF UNITED STATES DISTRICT JUDGE