IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>               Plaintiffs,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>               Defendants. | CIV F-07-1129 AWI GSA<br><br>ORDER VACATING HEARING DATE OF JUNE 25, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Defendant United States has made a motion for reconsideration. Plaintiffs oppose the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 25, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    June 20, 2012

                                                CHIEF UNITED STATES DISTRICT JUDGE