IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATE OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 1:07-CV-01129-AWI-GSA<br><br>**ORDER REGARDING STIPULATION TO EXTEND FACT DISCOVERY** |

Plaintiffs Acacia Corporate Management, LLC and Michael Ioane, by counsel, and defendants United States of America, by counsel, being all remaining parties in this action, jointly request an order extending fact discovery. For good cause shown,

**IT IS ORDERED THAT**

Fact discovery may continue until February 1, 2013. All other dates in the scheduling order entered February 16, 2012, (Doc. No. 134) shall remain the same, including the deadlines for all pretrial motions, pretrial conference and jury trial.

IT IS SO ORDERED.

Dated: **August 8, 2012**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE