IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES, et al.,<br><br>            Defendants. | CIV F-07-1129 AWI GSA<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

On May 31, 2013, the court issued a writ of habeas corpus ad testificandum to transport Michael Scott Ioane ("Ioane") for the hearing on June 10, 2013. Doc. 204. Ioane's criminal appellate attorney then filed a request to have Ioane appear telephonically instead of in person as Ioane's transport would delay preparation of his criminal appeal. Doc. 205. Ioane himself filed a request to "amend/vacate" the writ. Doc. 206.

The writ of habeas corpus ad testificandum (Doc. 204) is VACATED. The Warden of USP Lompoc Sattlelite Camp shall instead make Ioane available for a telephonic appearance on June 10, 2013, at 1:30 PM. Ioane's attorney in this case, William McPike is DIRECTED to make all necessary arrangements.

IT IS SO ORDERED.

Dated:   June 3, 2013

_____
SENIOR DISTRICT JUDGE