# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,**<br><br>             Plaintiffs<br><br>        v.<br><br>**UNITED STATES, et al.,**<br><br>             Defendants | CASE NO. 1:07-CV-1129 AWI GSA<br><br>ORDER RE: MOTION TO DISMISS AND MOTION FOR STAY<br><br>(Docs. 214 and 215) |

   The United States has made a motion to dismiss the case as moot, arguing that the claims to the property in question have been resolved in Case No. 09-1689 and are no longer justiciable. Doc. 214-1. Plaintiffs acknowledge that these cases deal with the same subject matter but instead of dismissal, Defendants request a stay pending final resolution of Case No. 09-1689. Doc. 215, 2:24-3:6. A bench trial was held in Case No. 09-1689; judgment was entered in favor of the United States. Plaintiffs have appealed that decision to the Ninth Circuit. Thus, a full and final resolution has not yet been reached in that case. Therefore, the United States' motion to dismiss is DENIED. Plaintiffs' motion for stay is GRANTED.

IT IS SO ORDERED.

Dated:   August 27, 2015                              _____
                                                                                SENIOR DISTRICT JUDGE